**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL ACTION NO. H-10-638 |
| EVARISTO ROJAS GUZMAN | § | |

**ORDER**

The defendant filed an unopposed motion to continue the sentencing hearing. (Docket Entry No. 48). The motion is granted. The sentencing hearing is reset to **February 21, 2012, at 9:00 a.m.** Objections to the presentence report are to be filed by February 8, 2012.

SIGNED on January 17, 2012, at Houston, Texas.

                                                      Lee H. Rosenthal
                                         United States District Judge